UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL GADDY,

    Plaintiff,　　　　　　　　　　No. C 13-5338 PJH (PR)

  v.　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

R.E. BARNES, et. al.,

    Defendants.
_____/

    Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a proper application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 6, 2014.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.13\Gaddy5338.dsm-ifp.wpd